# Exhibit A

# Milo & Gabby

Comfy Animal Friends



HOME | COLLECTIONS | THE BUZZ | ABOUT US | CONTACT | BRAND STORY

## Animal-Shaped Pillowcases



Dylan the Dinosaur



Harold the Dog



Albert the Alligator



Zeke the Fish

At home or on the go, Milo & Gabby's cuddly-soft, Animal-shaped Pillowcases combine the comfort of a favorite pillow and a stuffed animal.



Made from 300 thread count 100% cotton sateen sheeting with virgin poly fill in the feet, ears, tails and fins.  Machine washable and durably constructed for children ages 2 and up.



Lola the Bunny



Meg the Lamb



Coco the Cat



Brandy the Pony

HOME | COLLECTIONS | THE BUZZ | ABOUT US | CONTACT | BRAND STORY

Copyright 2013 Milo & Gabby, LLC  All Rights Reserved  All designs have U.S. Patents and or Copyrights  Don't be fooled by immitations Milo & Gabby invented animal-shaped pillowcases in America



# Milo & Gabby
Comfy Animal Friends


How to spot a Milo & Gabby Fake

HOME | COLLECTIONS | THE BUZZ | ABOUT US | CONTACT | BRAND STORY

## Animal-Shaped Pillowcases

At home or on the go, Milo & Gabby's cuddly-soft, Animal-shaped Pillowcases combine the comfort of a favorite pillow and a stuffed animal.


Dylan the Dinosaur


Harold the Dog


Albert the Alligator


Zeke the Fish




Lola the Bunny


Meg the Lamb


Coco the Cat


Brandy the Pony

Made from 300 thread count 100% cotton sateen sheeting with virgin poly fill in the feet, ears, tails and fins. Machine washable and durably constructed for children ages 2 and up.

 

HOME | COLLECTIONS | THE BUZZ | ABOUT US | CONTACT | BRAND STORY

Copyright 2013 Milo & Gabby, LLC  All Rights Reserved  All designs have U.S. Patents and or Copyrights  Don't be fooled by immitations Milo & Gabby invented animal-shaped pillowcases in America

# Milo & Gabby
Comfy Animal Friends



HOME | COLLECTIONS | THE BUZZ | ABOUT US | CONTACT | BRAND STORY

## Animal-Shaped Pillowcases

At home or on the go, Milo & Gabby's cuddly-soft, Animal-shaped Pillowcases combine the comfort of a favorite pillow and a stuffed animal.


Dylan the Dinosaur


Harold the Dog


Albert the Alligator


Zeke the Fish




Lola the Bunny


Meg the Lamb


Coco the Cat


Brandy the Pony

Made from 300 thread count 100% cotton sateen sheeting with virgin poly fill in the feet, ears, tails and fins.  Machine washable and durably constructed for children ages 2 and up.

HOME | COLLECTIONS | THE BUZZ | ABOUT US | CONTACT | BRAND STORY

Copyright 2013 Milo & Gabby, LLC  All Rights Reserved  All designs have U.S. Patents and or Copyrights  Don't be fooled by immitations Milo & Gabby invented animal-shaped pillowcases in America

# Milo & Gabby®
Comfy Animal Friends



HOME | COLLECTIONS | THE BUZZ | ABOUT US | CONTACT | BRAND STORY

## Animal-Shaped Pillowcases

At home or on the go, Milo & Gabby's cuddly-soft, Animal-shaped Pillowcases combine the comfort of a favorite pillow and a stuffed animal.


Dylan the Dinosaur


Harold the Dog


Albert the Alligator


Zeke the Fish




Lola the Bunny


Meg the Lamb


Coco the Cat


Brandy the Pony

Made from 300 thread count 100% cotton sateen sheeting with virgin poly fill in the feet, ears, tails and fins.  Machine washable and durably constructed for children ages 2 and up.

HOME | COLLECTIONS | THE BUZZ | ABOUT US | CONTACT | BRAND STORY

Copyright 2013 Milo & Gabby, LLC  All Rights Reserved  All designs have U.S. Patents and or Copyrights  Don't be fooled by immitations Milo & Gabby invented animal-shaped pillowcases in America