# Exhibit B



Home & Kitchen › Bedding › Sheets & Pillowcases › Pillowcases

**Instant Order Update for Steve Keller.** You purchased this item on August 5, 2013. View this order.

## Pillowcase for child toddler Cute Animal Dog Design
by Cute Pillowcase

⭐⭐☆☆☆ ☑ (1 customer review)

Price: **$26.70** ✓Prime

**In Stock.**
Sold by **FAC System LLC** and **Fulfilled by Amazon**. Gift-wrap available.

- Made of 100% soft cotton fabric, 250 thread count
- Size of 20.47*25.59inch (or 52*65cm)
- Weight of about 300gm
- Pillowcase is machine washable and should put in a net before washing
- Care Instructions: Wash on cold; dry on low or medium

Share ✉ 🇫 🐦 📌

Quantity: 1

**Add to Cart**

or

Sign in to turn on 1-Click ordering.

**Add to Wish List**

**More Buying Choices**

Have one to sell? Sell on Amazon

**College Living 101: Dorm and Apartment Essentials from Home & Kitchen**
Everything you need for Back to College life. Find bedding and bath products, room organization, furniture, essentials for your first kitchen and eating on the go. Shop now

Share your own customer images

## Customers Who Viewed This Item Also Viewed

Page 1 of


Pillowcase for child toddler Cute Animal Pink Rabbit


Luvable Friends Infant Pillow Case, Blue


Pillowcase for child toddler Cute Animal Dinosaur


My First Toddler Pillow Case, Soft Pink, 2-Pack


Child/Toddler / Travel size 14x21 Pillowcase 100%


Nojo Toddler Satin Pillow
⭐⭐⭐⭐☆ (78)

http://www.amazon.c...    Amazon.com P...

File   Edit   View   Favorites   Tools   Help

Phils Gang   Google   TD Ameritrade   Free Stock Charts   Before It's News   Yahoo Finance   DRUDGE   ZeroHedge   Get more Add-ons

**amazon** Prime      Steve's Amazon.com | Today's Deals | Gift Cards | Sell | Help

Off to College
Daily Lightning Deals
›Save now
Sponsored t
Angel Soft

Shop by Department ▼    Search   | Home & Kitchen ▼ |              Go    Hello, **Steve** Your Account ▼   Your Prime ▼   🛒 **0** Cart ▼   Wish List ▼

Home & Kitchen   Best Sellers   Markdowns   Kitchen & Dining   Appliances   Bedding & Bath   Furniture & Décor   Patio & Garden   Kids' Home Store   Gift Ideas

**Instant Order Update for Steve Keller.** You purchased this item on August 5, 2013. View this order.

Home & Kitchen › Bedding › Sheets & Pillowcases › Pillowcases



Share your own customer images

## Pillowcase for child toddler Cute Animal Pink Rabbit Design
by Cute Pillowcase

Be the first to review this item

Price: **$26.70** ✓Prime

**In Stock.**
Sold by **FAC System LLC** and **Fulfilled by Amazon**. Gift-wrap available.

- Made of 100% soft cotton fabric, 250 thread count
- Size of 20.47*25.59inch (or 52*65cm)
- Weight of about 300gm
- Pillowcase is machine washable and should put in a net before washing
- Care Instructions: Wash on cold; dry on low or medium

Share ✉ 📘 🐦 📌

Quantity: | 1 ▼ |

🛒 **Add to Cart**
or
Sign in to turn on 1-Click ordering.

Add to Wish List

**More Buying Choices**

Have one to sell?  Sell on Amazon

**College Living 101: Dorm and Apartment Essentials from Home & Kitchen**
Everything you need for Back to College life. Find bedding and bath products, room organization, furniture, essentials for your first kitchen and eating on the go. Shop now

## Customers Who Viewed This Item Also Viewed

Page 1 o


Pillowcase for child toddler Cute Animal Dinosaur


Pillowcase for child toddler Cute Animal Dog Design


Pillowcase for child toddler Cute Animal Pony Design


Pillowcase for child toddler Cute Animal Fish Design


My First Toddler Memory Foam Pillow with Matching


Child/Toddler / Travel size 14x21 Pillowcase 100%

🔍 100% ▼



← →    http://www.amazon.c... 🔍 ▼ 🔄   

🏠 ★ ⚙

File   Edit   View   Favorites   Tools   Help

⭐ 🌐 Phils Gang   8 Google   🔟 TD Ameritrade   ≫ Free Stock Charts   🔲 Before It's News   📣! Yahoo Finance   🌐 DRUDGE   🌊 ZeroHedge   🌐 Get more Add-ons ▼

 **amazon** Prime

Steve's Amazon.com | Today's Deals | Gift Cards | Sell | Help


>Save now
Off to College
Daily Lightning Deals
Sponsored by Angel Soft

| Shop by Department ▼ | Search | Home & Kitchen ▼ | | Go | Hello, **Steve** Your Account ▼ | Your **Prime** ▼ | 🛒 **0** Cart ▼ | Wish List ▼ |

Home & Kitchen   Best Sellers   Markdowns   Kitchen & Dining   Appliances   Bedding & Bath   Furniture & Décor   Patio & Garden   Kids' Home Store   Gift Ideas

**Instant Order Update for Steve Keller.** You purchased this item on August 5, 2013. View this order.

**Home & Kitchen** › **Bedding** › **Sheets & Pillowcases** › **Pillowcases**









Share your own customer images

## Pillowcase for child toddler Cute Animal Pink Rabbit Design
by Cute Pillowcase

Be the first to review this item

Price: **$26.70** ✓Prime

**In Stock.**
Sold by **FAC System LLC** and **Fulfilled by Amazon**. Gift-wrap available.

- Made of 100% soft cotton fabric, 250 thread count
- Size of 20.47*25.59inch (or 52*65cm)
- Weight of about 300gm
- Pillowcase is machine washable and should put in a net before washing
- Care Instructions: Wash on cold; dry on low or medium

**College Living 101: Dorm and Apartment Essentials from Home & Kitchen**
Everything you need for Back to College life. Find bedding and bath products, room organization, furniture, essentials for your first kitchen and eating on the go. Shop now

Share ✉ 🔵 🔵 🔵

Quantity: [1 ▼]

🛒 Add to Cart

or

Sign in to turn on 1-Click ordering.

Add to Wish List

**More Buying Choices**

Have one to sell? [Sell on Amazon]

## Customers Who Viewed This Item Also Viewed

Page 1 of


Pillowcase for child toddler Cute Animal Dinosaur


Pillowcase for child toddler Cute Animal Dog Design


Pillowcase for child toddler Cute Animal Pony Design


Pillowcase for child toddler Cute Animal Fish Design


My First Toddler Memory Foam Pillow with Matching


Child/Toddler / Travel size 14x21 Pillowcase 100%

< >

🔍 100% ▼

 http://www.amazon.c...    Amazon.com P...

File   Edit   View   Favorites   Tools   Help

⭐ 🔷 Phils Gang  🔵 Google  🔲 TD Ameritrade  » Free Stock Charts  🔳 Before It's News  😊! Yahoo Finance  🔷 DRUDGE  💧 ZeroHedge  🔷 Get more Add-ons ▼

 **amazon** Prime    Steve's Amazon.com | Today's Deals | Gift Cards | Sell | Help

K-12 School Essentia
Daily Lightning Deals › Shop no
Sponsored by Lysol

Shop by **Department** ▼    **Search**    Home & Kitchen ▼ [                    ] **Go**    Hello, **Steve** **Your Account** ▼    Your **Prime** ▼    🛒 **0 Cart** ▼    Wish **List** ▼

Home & Kitchen   Best Sellers   Markdowns   Kitchen & Dining   Appliances   Bedding & Bath   Furniture & Décor   Patio & Garden   Kids' Home Store   Gift Ideas

**Instant Order Update for Steve Keller.** You purchased this item on August 5, 2013. View this order.

**Home & Kitchen** › **Bedding** › **Sheets & Pillowcases** › **Pillowcases**



Share your own customer images

## Pillowcase for child toddler Cute Animal Pony Design
by Cute Pillowcase
Be the first to review this item

Share ✉ 📘 🐦 📌

Price: **$26.70** ✓Prime

**Only 3 left in stock.**
Sold by **FAC System LLC** and **Fulfilled by Amazon**. Gift-wrap available.

- Made of 100% soft cotton fabric, 250 thread count
- Size of 20.47*25.59inch (or 52*65cm)
- Weight of about 300gm
- Pillowcase is machine washable and should put in a net before washing
- Care Instructions: Wash on cold; dry on low or medium

College Living Essentials

**College Living 101: Dorm and Apartment Essentials from Home & Kitchen**
Everything you need for Back to College life. Find bedding and bath products, room organization, furniture, essentials for your first kitchen and eating on the go. Shop now

Quantity: 1 ▼

🛒 **Add to Cart**
or
Sign in to turn on 1-Click ordering.

**Add to Wish List**

**More Buying Choices**

Have one to sell? Sell on Amazon

## Customers Who Viewed This Item Also Viewed


Pillowcase for child toddler Cute Animal Pink Rabbit


Pillowcase for child toddler Cute Animal Fish Design


Pillowcase for child toddler Cute Animal Dinosaur


Pillowcase for child toddler Cute Animal Dog Design

🔍 100% ▼

http://www.amazon.c...   Amazon.com P ...

File   Edit   View   Favorites   Tools   Help

⭐ 🌐 Phils Gang  🔵 Google  🅳 TD Ameritrade  ≫ Free Stock Charts  📄 Before It's News  🌐! Yahoo Finance  🌐 DRUDGE  🌊 ZeroHedge  🌐 Get more Add-ons ▼



**amazon** Prime

Steve's Amazon.com | Today's Deals | Gift Cards | Sell | Help

K-12 School Essentia
Daily Lightning Deals › Shop no
Sponsored by Lysol

Shop by **Department** ▼ | Search | Home & Kitchen ▼ | **Go** | Hello, **Steve**  Your Account ▼ | **Your** Prime ▼ | 🛒 **0** Cart ▼ | Wish List ▼

**Home & Kitchen**   Best Sellers   Markdowns   Kitchen & Dining   Appliances   Bedding & Bath   Furniture & Décor   Patio & Garden   Kids' Home Store   Gift Ideas

**Instant Order Update for Steve Keller.** You purchased this item on August 5, 2013. View this order.

Home & Kitchen › Bedding › Sheets & Pillowcases › Pillowcases



6 Designs: cat, rabbit, dinosaur, pony, dog, fish

Share your own customer images

## Pillowcase for child toddler Cute Animal Pony Design
by Cute Pillowcase

Be the first to review this item

Share 📧 📘 🐦 📌

Quantity: 1 ▼

**Add to Cart**

Price: **$26.70** ✓Prime

**Only 3 left in stock.**
Sold by **FAC System LLC** and **Fulfilled by Amazon**. Gift-wrap available.

- Made of 100% soft cotton fabric, 250 thread count
- Size of 20.47*25.59inch (or 52*65cm)
- Weight of about 300gm
- Pillowcase is machine washable and should put in a net before washing
- Care Instructions: Wash on cold; dry on low or medium

or

Sign in to turn on 1-Click ordering.

Add to Wish List

**More Buying Choices**

Have one to sell? Sell on Amazon

**College Living 101: Dorm and Apartment Essentials from Home & Kitchen**
College Living Essentials

Everything you need for Back to College life. Find bedding and bath products, room organization, furniture, essentials for your first kitchen and eating on the go. Shop now

## Customers Who Viewed This Item Also Viewed


Pillowcase for child toddler Cute Animal Pink Rabbit


Pillowcase for child toddler Cute Animal Fish Design


Pillowcase for child toddler Cute Animal Dinosaur


Pillowcase for child toddler Cute Animal Dog Design

🔍 100% ▼



File   Edit   View   Favorites   Tools   Help

⭐ 🌐 Phils Gang  🔵 Google  🟩 TD Ameritrade  » Free Stock Charts  📰 Before It's News  🟣 Yahoo Finance  🌐 DRUDGE  💧 ZeroHedge  🌐 Get more Add-ons ▼

 **amazon** Prime   Steve's Amazon.com | Today's Deals | Gift Cards | Sell | Help

> Off to College
Daily Lightning Deals
› Save now
Sponsored I Angel Soft

Shop by **Department** ▼    **Search**  [ Home & Kitchen ▼ ]  [ Go ]   Hello, **Steve** **Your Account** ▼   Your **Prime** ▼   🛒 **0 Cart** ▼   Wish **List** ▼

**Home & Kitchen**   Best Sellers   Markdowns   Kitchen & Dining   Appliances   Bedding & Bath   Furniture & Décor   Patio & Garden   Kids' Home Store   Gift Ideas

**Instant Order Update for Steve Keller.** You purchased this item on August 5, 2013. View this order.

Toys & Games › Stuffed Animals & Plush › Plush Pillows

## Pillowcase for child toddler Cute Animal Fish Design
by Cute Pillowcase

Be the first to review this item

Share 📧 📘 🐦 📌



Price: **$26.70** ✓Prime

**Only 5 left in stock.**
Sold by **FAC System LLC** and **Fulfilled by Amazon**. Gift-wrap available.

- Made of 100% soft cotton fabric, 250 thread count
- Size of 20.47*25.59inch (or 52*65cm)
- Weight of about 300gm
- Pillowcase is machine washable and should put in a net before washing
- Care Instructions: Wash on cold; dry on low or medium

Quantity: [ 1 ▼ ]

[ 🛒 **Add to Cart** ]

or

Sign in to turn on 1-Click ordering.

[ Add to Wish List ]

**More Buying Choices**

Have one to sell? [ Sell on Amazon ]

**College Living 101: Dorm and Apartment Essentials from Home & Kitchen**
Everything you need for Back to College life. Find bedding and bath products, room organization, furniture, essentials for your first kitchen and eating on the go. Shop now

Share your own customer images

## Customers Who Viewed This Item Also Viewed

Page 1 o

               

Pillowcase for child toddler Cute Animal Dinosaur | Pillowcase for child toddler Cute Animal Pony Design | Pillowcase for child toddler Cute Animal Pink Rabbit | Luvable Friends Infant Pillow Case, Blue | Pillowcase for child toddler Cute Animal Dog Design | My First Toddler Memory Foam Pillow with Matching

🔍 100% ▼

  http://www.amazon.c... 

File   Edit   View   Favorites   Tools   Help

⭐  Phils Gang   Google   TD Ameritrade  » Free Stock Charts  📰 Before It's News   Yahoo Finance  DRUDGE  ZeroHedge  Get more Add-ons ▼

 amazon Prime   Steve's Amazon.com  |  Today's Deals  |  Gift Cards  |  Sell  |  Help

Off to College
Daily Lightning Deals
› Save now
Sponsored by Angel Soft

Shop by Department ▼        Search   Home & Kitchen ▼   [                    ]  Go      Hello, Steve  Your Account ▼      Your Prime ▼      🛒 0 Cart ▼      Wish List ▼

Home & Kitchen   Best Sellers   Markdowns   Kitchen & Dining   Appliances   Bedding & Bath   Furniture & Décor   Patio & Garden   Kids' Home Store   Gift Ideas

**Instant Order Update for Steve Keller.** You purchased this item on August 5, 2013. View this order.

Toys & Games › **Stuffed Animals & Plush** › **Plush Pillows**









### Pillowcase for child toddler Cute Animal Fish Design
by Cute Pillowcase

Be the first to review this item

Price: **$26.70** ✓Prime

**Only 5 left in stock.**
Sold by **FAC System LLC** and **Fulfilled by Amazon**. Gift-wrap available.

- Made of 100% soft cotton fabric, 250 thread count
- Size of 20.47*25.59inch (or 52*65cm)
- Weight of about 300gm
- Pillowcase is machine washable and should put in a net before washing
- Care Instructions: Wash on cold; dry on low or medium

Share ✉ 📘 🐦 📌

Quantity: 1 ▼

Add to Cart

or

Sign in to turn on 1-Click ordering.

Add to Wish List

**More Buying Choices**

Have one to sell?  Sell on Amazon

College Living Essentials

**College Living 101: Dorm and Apartment Essentials from Home & Kitchen**
Everything you need for Back to College life. Find bedding and bath products, room organization, furniture, essentials for your first kitchen and eating on the go. Shop now

Share your own customer images

## Customers Who Viewed This Item Also Viewed

Page 1 of


Pillowcase for child toddler Cute Animal Dinosaur


Pillowcase for child toddler Cute Animal Pony Design


Pillowcase for child toddler Cute Animal Pink Rabbit


Luvable Friends Infant Pillow Case, Blue


Pillowcase for child toddler Cute Animal Dog Design


My First Toddler Memory Foam Pillow with Matching

🔍 100% ▼



File    Edit    View    Favorites    Tools    Help

⭐ 🔵 Phils Gang  🔵 Google  🟩 TD Ameritrade  » Free Stock Charts  🔳 Before It's News  ⓨ Yahoo Finance  🔵 DRUDGE  🔵 ZeroHedge  🔵 Get more Add-ons ▼

 **amazon** Prime

Steve's Amazon.com | Today's Deals | Gift Cards | Sell | Help

K-12 School Essentia
Daily Lightning Deals ›Shop no
Sponsored by Lysol

Shop by
**Department** ▼    Search    Home & Kitchen ▼    **Go**    Hello, Steve
Your Account ▼    Your
Prime ▼    🛒 0 Cart ▼    Wish
List ▼

Home & Kitchen   Best Sellers   Markdowns   Kitchen & Dining   Appliances   Bedding & Bath   Furniture & Décor   Patio & Garden   Kids' Home Store   Gift Ideas

**Instant Order Update for Steve Keller.** You purchased this item on June 21, 2013. View this order.

Toys & Games › Stuffed Animals & Plush › Plush Pillows



Share your own customer images

## Pillowcase for child toddler Cute Animal Dinosaur Design
by Cute Pillowcase

★★★☆☆ ☑ (1 customer review)

Price: **$26.70** ✓Prime

**Only 17 left in stock.**
Sold by **FAC System LLC** and **Fulfilled by Amazon**. Gift-wrap available.

- Made of 100% soft cotton fabric, 250 thread count
- Size of 20.47*25.59inch (or 52*65cm)
- Weight of about 300gm
- Pillowcase is machine washable and should put in a net before washing
- Care Instructions: Wash on cold; dry on low or medium

**College Living 101: Dorm and Apartment Essentials from Home & Kitchen**
Everything you need for Back to College life. Find bedding and bath products, room organization, furniture, essentials for your first kitchen and eating on the go. Shop now

Share ✉ 📘 🐦 📌

Quantity: 1 ▼

**Add to Cart**

or

Sign in to turn on 1-Click ordering.

**Add to Wish List**

**More Buying Choices**

Have one to sell? Sell on Amazon

## Customers Who Viewed This Item Also Viewed

Page 1 o


Everything Kids 4 Piece Toddler Bedding Set,


Pillowcase for child toddler Cute Animal Fish Design


Pillowcase for child toddler Cute Animal Pink Rabbit


Carter's 4 Piece Toddler Bed Set, Prehistoric Pals


Kids Dino Rexie Toss Pillow ~ Green


Dinosaurs Brown Bedding Twin-Single Bed Sheet Set

🔍 100% ▼



File   Edit   View   Favorites   Tools   Help

⭐ 🌐 Phils Gang  🔍 Google  📥 TD Ameritrade  »» Free Stock Charts  📰 Before It's News  😊! Yahoo Finance  🌐 DRUDGE  🔵 ZeroHedge  🌐 Get more Add-ons ▼

**amazon** Try Prime    Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

All-New kindle paperwhite
From $119  › Pre-order now

Shop by Department ▼     Search   Home & Kitchen ▼   [                    ]   Go     Hello. Sign in Your Account ▼   Try Prime ▼   🛒 0 Cart ▼   Wish List ▼

Home & Kitchen   Best Sellers   Markdowns   Kitchen & Dining   Appliances   Bedding & Bath   Furniture & Décor   Patio & Garden   Kids' Home Store   Gift Ideas



### Pillowcase for child toddler Cute Animal Cat Design
by Cute Pillowcase
Be the first to review this item

Have one to sell?  [Sell on Amazon]

[Add to Wish List]

Share 📧 f 🐦 📌

**Currently unavailable.**
We don't know when or if this item will be back in stock.

- Made of 100% soft cotton fabric, 250 thread count
- Size of 20.47*25.59inch (or 52*65cm)
- Weight of about 300gm
- Pillowcase is machine washable and should put in a net before washing
- Care Instructions: Wash on cold; dry on low or medium

College Living Essentials

**College Living 101: Dorm and Apartment Essentials from Home & Kitchen**
Everything you need for Back to College life. Find bedding and bath products, room organization, furniture, essentials for your first kitchen and eating on the go. Shop now

Share your own customer images

## Customers Who Viewed This Item Also Viewed

     

Pillowcase for child toddler    Pillowcase for child toddler    Cute Cat Pillowcase    Pillowcase for child toddler    Janlynn Stamped Cross    Kids Pillow Cover Blue

🔍 100% ▼



## Customers Who Viewed This Item Also Viewed



Pillowcase for child toddler



Pillowcase for child toddler


Cute Cat Pillowcase


Pillowcase for child toddler


Janlynn Stamped Cross


Kids Pillow Cover Blue





# Pillowcase for child toddler Cute Animal Cat Design

by Cute Pillowcase

Be the first to review this item

**Currently unavailable.**
We don't know when or if this item will be back in stock.

- Made of 100% soft cotton fabric, 250 thread count
- Size of 20.47*25.59inch (or 52*65cm)
- Weight of about 300gm
- Pillowcase is machine washable and should put in a net before washing
- Care Instructions: Wash on cold; dry on low or medium

**College Living 101: Dorm and Apartment Essentials from Home & Kitchen**
Everything you need for Back to College life. Find bedding and bath products, room organization, furniture, essentials for your first kitchen and eating on the go. Shop now

Have one to sell? Sell on Amazon

Add to Wish List

Share your own customer images

## Customers Who Viewed This Item Also Viewed



Pillowcase for child toddler    Pillowcase for child toddler    Cute Cat Pillowcase    Pillowcase for child toddler    Janlynn Stamped Cross    Kids Pillow Cover Blue





All-New kindle paperwhite
From $119 › Pre-order now

Home & Kitchen  Best Sellers  Markdowns  Kitchen & Dining  Appliances  Bedding & Bath  Furniture & Décor  Patio & Garden  Kids' Home Store  Gift Ideas



# Pillowcase for child toddler Cute Animal Dinosaur Design

by Cute Pillowcase

★★★☆☆ ☑ (1 customer review)

Price: **$26.70** & **FREE Shipping.** Details

**Only 17 left in stock.**
Sold by **FAC System LLC** and **Fulfilled by Amazon**. Gift-wrap available.

**Want it Wednesday, Sept. 11?** Order within **23 hrs 45 mins** and choose **One-Day Shipping** at checkout. Details

- Made of 100% soft cotton fabric, 250 thread count
- Size of 20.47*25.59inch (or 52*65cm)
- Weight of about 300gm
- Pillowcase is machine washable and should put in a net before washing
- Care Instructions: Wash on cold; dry on low or medium



**College Living 101: Dorm and Apartment Essentials from Home & Kitchen**
Everything you need for Back to College life. Find bedding and bath products, room organization, furniture, essentials for your first kitchen and eating on the go. Shop now



Quantity: 1 ∨

☐ Yes, I want **FREE Two-Day Shipping** with Amazon Prime

**Add to Cart**

or

Sign in to turn on 1-Click ordering.

**Add to Wish List**

**More Buying Choices**

Have one to sell? Sell on Amazon

Share ✉ 🅕 🅨 🅟

Share your own customer images

## Customers Who Viewed This Item Also Viewed

Page 1 of















Everything Kids 4 Piece    Pillowcase for child toddler    Pillowcase for child toddler    Bright Colored Dinosaurs    Dinosaur Prints Multicolor 5    Dinosaurs Brown Bedding

🔍 100% ∨



## Pillowcase for child toddler Cute Animal Dog Design
by Cute Pillowcase

★★☆☆☆ ☑ (1 customer review)

Price: **$26.70** & **FREE Shipping**. Details

**In Stock.**
Sold by **FAC System LLC** and **Fulfilled by Amazon**. Gift-wrap available.

**Want it Wednesday, Sept. 11?** Order within **23 hrs 46 mins** and choose **One-Day Shipping** at checkout. Details

- Made of 100% soft cotton fabric, 250 thread count
- Size of 20.47*25.59inch (or 52*65cm)
- Weight of about 300gm
- Pillowcase is machine washable and should put in a net before washing
- Care Instructions: Wash on cold; dry on low or medium

**College Living 101: Dorm and Apartment Essentials from Home & Kitchen**
Everything you need for Back to College life. Find bedding and bath products, room organization, furniture, essentials for your first kitchen and eating on the go. Shop now

Quantity: 1 ▾

☐ Yes, I want **FREE Two-Day Shipping** with Amazon Prime

**Add to Cart**

or

Sign in to turn on 1-Click ordering.

Add to Wish List

**More Buying Choices**

Have one to sell? Sell on Amazon

Share ✉ 🅵 🆈 📌

Share your own customer images

## Customers Who Viewed This Item Also Viewed
Page 1 o


Luvable Friends Infant


Pillowcase for child toddler

My First Toddler Pillow


Pillowcase for child toddler

Child/Toddler / Travel size


Disney Mickey Mouse