# Exhibit C



Case 3:13-cv-05941 Document 1-5 Filed 10/24/13 Page 2 of 6







# Pillowcase for child toddler Cute Animal Dog Design

by Cute Pillowcase

★★☆☆☆ ☑ (1 customer review)

Price: **$26.70** ✓Prime

**In Stock.**
Sold by **FAC System LLC** and **Fulfilled by Amazon**. Gift-wrap available.

- Made of 100% soft cotton fabric, 250 thread count
- Size of 20.47*25.59inch (or 52*65cm)
- Weight of about 300gm
- Pillowcase is machine washable and should put in a net before washing
- Care Instructions: Wash on cold; dry on low or medium

**College Living 101: Dorm and Apartment Essentials from Home & Kitchen**
Everything you need for Back to College life. Find bedding and bath products, room organization, furniture, essentials for your first kitchen and eating on the go. Shop now

Share ✉ f 🐦 P

Quantity: 1

**Add to Cart**

or

**Sign in** to turn on 1-Click ordering.

**Add to Wish List**

**More Buying Choices**

Have one to sell? [Sell on Amazon]

Share your own customer images

## Customers Who Viewed This Item Also Viewed

Page 1 of

 Pillowcase for child toddler Cute Animal Pink Rabbit

 Luvable Friends Infant Pillow Case, Blue

 Pillowcase for child toddler Cute Animal Dinosaur

 My First Toddler Pillow Case, Soft Pink, 2-Pack

 Child/Toddler / Travel size 14x21 Pillowcase 100%

 Nojo Toddler Satin Pillow ★★★☆ (78)

🔍 100%





Toys & Games › Stuffed Animals & Plush › Plush Pillows



### Pillowcase for child toddler Cute Animal Dinosaur Design
by Cute Pillowcase

★★★☆☆ (1 customer review)

Price: **$26.70** ✓Prime

**Only 17 left in stock.**
Sold by **FAC System LLC** and **Fulfilled by Amazon**. Gift-wrap available.

- Made of 100% soft cotton fabric, 250 thread count
- Size of 20.47*25.59inch (or 52*65cm)
- Weight of about 300gm
- Pillowcase is machine washable and should put in a net before washing
- Care Instructions: Wash on cold; dry on low or medium

**College Living 101: Dorm and Apartment Essentials from Home & Kitchen**
Everything you need for Back to College life. Find bedding and bath products, room organization, furniture, essentials for your first kitchen and eating on the go. Shop now

Share your own customer images

Share ✉ f 🐦 📌

Quantity: 1

**Add to Cart**

or

**Sign in** to turn on 1-Click ordering.

**Add to Wish List**

**More Buying Choices**
Have one to sell?  **Sell on Amazon**

### Customers Who Viewed This Item Also Viewed    Page 1 of

     

| Everything Kids 4 Piece Toddler Bedding Set, | Pillowcase for child toddler Cute Animal Fish Design | Pillowcase for child toddler Cute Animal Pink Rabbit | Carter's 4 Piece Toddler Bed Set, Prehistoric Pals | Kids Dino Rexie Toss Pillow ~ Green | Dinosaurs Brown Bedding Twin-Single Bed Sheet Set |



Case 3:13-cv-05941 Document 1-5 Filed 10/24/13 Page 6 of 6

## Pillowcase for child toddler Cute Animal Cat Design
by Cute Pillowcase

Be the first to review this item

**Currently unavailable.**
We don't know when or if this item will be back in stock.

- Made of 100% soft cotton fabric, 250 thread count
- Size of 20.47*25.59inch (or 52*65cm)
- Weight of about 300gm
- Pillowcase is machine washable and should put in a net before washing
- Care Instructions: Wash on cold; dry on low or medium

**College Living 101: Dorm and Apartment Essentials from Home & Kitchen**
Everything you need for Back to College life. Find bedding and bath products, room organization, furniture, essentials for your first kitchen and eating on the go. Shop now



Share your own customer images

## Customers Who Viewed This Item Also Viewed

     



Pillowcase for child toddler | Pillowcase for child toddler | Cute Cat Pillowcase | Pillowcase for child toddler | Janlynn Stamped Cross | Kids Pillow Cover Blue