# Exhibit D









doomagic

100% Cotton - 250 Thread Count
Machine Washable
Fits Standard/Queen Size Pillows

Soft & Cuddly Dog-Shaped Pillowcase

